# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| ROY FORDYCE, Individually and as a Representative of a Class of Participants and Beneficiaries on Behalf of the Caliber Holdings LLC Retirement Savings Plan,<br><br>Plaintiff,<br><br>v.<br><br>WAND NEWCO 3, INC. d/b/a CALIBER COLLISION, and DOES 1-10 INCLUSIVE,<br><br>Defendant. | Case No.: 4:25-cv-00997-ALM |

## ORDER

Before the Court is the Motion to Dismiss (Dkt. #11) filed by Defendant Wand Newco 3, Inc. d/b/a Caliber Collision. On December 1, 2025, Plaintiff's Amended Class Action Complaint (Dkt. #12) was filed.

It is therefore ORDERED that Defendant's Motion to Dismiss (Dkt. #11) is denied as moot.

**IT IS SO ORDERED.**

**SIGNED this 8th day of December, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE