IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ROY FORDYCE, INDIVIDUALLY AND AS A REPRESENTATIVE OF A CLASS OF PARTICIPANTS AND BENEFICIARIES ON BEHALF OF THE CALIBER HOLDINGS LLC RETIREMENT SAVINGS PLAN;<br><br>    Plaintiff,<br><br>vs.<br><br>WAND NEWCO 3, INC.,   DOES 1-10 INCULSIVE,<br><br>    Defendants. | NO.4:25-CV-00997-ALM |

## **<u>AMENDED ORDER SETTING MEDIATION</u>**

This case is assigned to the Honorable Amos L. Mazzant, Chief United States District Judge.  On February 11, 2026, Chief Judge Mazzant referred this case to the undersigned United States Magistrate Judge for mediation.  Doc. No. 22.

The mediation session shall be convened before Judge Zack Hawthorn on Thursday**, May 14, 2026, at 8:45 a.m.** in Judge Bill Davis's courtroom, United States Federal Courthouse, 7940 Preston Road, Plano, Texas 75024.  The parties are directed to **submit** their position statements on or before **Thursday, May 7, 2026, at 12:00 p.m.**  Please send the position statements to Judge Hawthorn's law clerk, Charlie Shanker, at Charlie_Shanker@txed.uscourts.gov.

The position statement should contain the following:

1.      List of parties who will be in attendance during mediation;

2.      The facts of the case and any exhibits or additional information that would benefit the mediator in resolving this matter;

3.  Indicate if any offers have been made between the parties—and if so, the amount offered.

**The parties are also directed to review the Eastern District of Texas's "Court-Annexed Mediation Plan" in advance of mediation.[1]**  Mediation proceedings shall be conducted in accordance with the following requirements:

1.  All proceedings in a mediation session are confidential and privileged discovery;

2.  No subpoenas, summonses, citations, or other process shall be served at or near the location of any mediation session, upon any person entering, leaving, or attending any mediation session;

3.  Following the mediation, the court will be advised only that the case did or did not settle.  No other information concerning the mediation may be given to the Court by the mediator or any other party;

4.  Respective counsel of record and *pro se* parties shall be present during the entire mediation process.  Each party that is not a natural person must be represented by an officer with authority to negotiate a settlement up to the amount sought in the complaint or in the plaintiff's current settlement demand;

5.  If any conflict shall be found to exist between the Rules for Mediation and this Notice, the terms of the Notice shall prevail.

All communications concerning this mediation shall be directed to the Law Clerk for Judge Hawthorn, Charlie Shanker.  Mr. Shanker may be contacted by phone at (409) 654-2817 or by email at Charlie_Shanker@txed.uscourts.gov.

SIGNED this 20th day of April, 2026.

_____
Zack Hawthorn
United States Magistrate Judge

---

[1] To review the mediation plan, go to the Eastern District of Texas's website, txed.uscourts.gov, and click "Attorneys."  On the left side of the screen, there is a heading labelled "Alternative Dispute Resolution" with a link below it to the "Court-Annexed Mediation Plan."  Alternatively, follow this link: https://txed.uscourts.gov/?q=court-annexed-mediation-plan.