IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

ROY FORDYCE, INDIVIDUALLY AND AS A REPRESENTATIVE OF A CLASS OF PARTICIPANTS AND BENEFICIARIES ON BEHALF OF THE CALIBER HOLDINGS LLC RETIREMENT SAVINGS PLAN;

                Plaintiff,

vs.

WAND NEWCO 3, INC., DOES 1-10 INCULSIVE,

                Defendants.

NO.4:25-CV-00997-ALM

## MEDIATOR'S REPORT

This case is assigned to the Honorable Amos L. Mazzant, Chief United States District Judge.  On February 11, 2026, Chief Judge Mazzant referred this case to the undersigned United States Magistrate Judge for mediation.  Doc. No. 22.  On May 14, 2026, the undersigned convened the parties for mediation.  Doc. No. 31.  As a result of the mediation, the parties settled the case.

SIGNED this 19th day of May, 2026.

_____
Zack Hawthorn
United States Magistrate Judge