# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ROY FORDYCE, Individually and as a Representative of a Class of Participants and Beneficiaries on Behalf of the Caliber Holdings LLC Retirement Savings Plan, | § § § § § | |
| | § | |
| *Plaintiffs*, | § | |
| v. | § § | Civil Action No. 4:25-cv-997 |
| | § | Judge Mazzant |
| WAND NEWCO 3, INC. d/b/a CALIBER COLLISION, and DOES 1-10 INCLUSIVE, | § § § | |
| | § | |
| *Defendants*. | § | |

## ORDER

The parties in this case settled, and the Court has ordered the parties to file closing documents (Dkt. #34). The parties have asked the Court to approve a class action settlement as well (Dkt. #36). While the Court considers whether to approve the class settlement, the Court will deny Defendant Wand Newco 3, Inc. d/b/a Caliber Collision's motion to dismiss subject to reinstatement.

It is therefore **ORDERED** that Defendant's Motion to Dismiss and Incorporated Memorandum of Law in Support Thereof (Dkt. #15) is hereby **DENIED subject to reinstatement**.

**IT IS SO ORDERED.**

**SIGNED** this 9th day of July, 2026.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE