**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| ROY FORDYCE, Individually and as a Representative of a Class of Participants and Beneficiaries of the Caliber Holdings LLC Retirement Savings Plan,<br><br>Plaintiff,<br><br>v.<br><br>WAND NEWCO 3, INC. d/b/a CALIBER COLLISION, and DOES 1-10 INCLUSIVE,<br><br>Defendant. | Case No. 4:25-cv-00997-ALM |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND CASE CONTRIBUTION AWARD**

Pursuant to Local Rule CV-7(a) and (k), Plaintiff Roy Fordyce respectfully requests leave to file (1) Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation and Incorporated Memorandum of Law of no more than 30 pages, and (2) Plaintiff's Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Costs, and Case Contribution Award and Incorporated Memorandum of Law of no more than 20 pages, each excluding attachments. Defendant does not oppose this motion.[1]

Good cause exists. The motion for final approval must address the Settlement Class's Article III standing; each requirement of Rules 23(a), 23(b)(1), and 23(g); the adequacy of the notice program and compliance with the Class Action Fairness Act; the Rule 23(e)(2) and *Reed* v.

[1]Capitalized terms not defined here have the meanings given in the Settlement Agreement. This motion is supported by the Declaration of Tulio D. Chirinos ("Chirinos Decl."), including the Class Counsel lodestar summary attached as Exhibit 1, and the Declaration of Jeffrey Mitchell of Analytics Consulting LLC ("Analytics Decl."), filed with Plaintiff's Motion for Final Approval.

*Gen. Motors Corp.*, 703 F.2d 170, 172 (5th Cir. 1983) factors; the independent fiduciary review required by Prohibited Transaction Exemption 2003-39; and the Plan of Allocation. The fee motion must address the percentage method under *Union Asset Management Holding A.G. v. Dell, Inc.*, 669 F.3d 632 (5th Cir. 2012), each of the twelve *Johnson v. Ga. Highway Express, Inc.,* 488 F.2d 714, 717, 720 (5th Cir. 1974) factors, a lodestar cross-check, Class Counsel's litigation expenses, the Administrative Expenses paid from the Settlement Fund, and the Case Contribution Award. Plaintiff has kept both briefs as concise as the issues allow and has combined each motion with its supporting memorandum.

The Court previously granted Plaintiff leave to exceed the page limit for his motion for preliminary approval of the Settlement. ECF No. 37. For the same reasons, Plaintiff respectfully asks the Court to grant this motion. A proposed order is submitted with this motion.

Dated: November 13, 2026

Respectfully submitted,

*/s/Tulio D. Chirinos*
**CHIRINOS LAW FIRM PLLC**
Tulio D. Chirinos (*pro hac vice*)
20283 State Road 7, Suite 592
Boca Raton, FL 33498
Telephone: (561) 299-6334
tchirinos@chirinoslawfirm.com

**KENDALL LAW GROUP, PLLC**
*/s/Joe Kendall*
Joe Kendall
Texas Bar No. 11260700
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
Telephone: 214-744-3000
jkendall@kendalllawgroup.com

**BLOOM LEGAL LLC**
Seth J. Bloom
Texas Bar No. 24094426
825 Girod Street, Suite A
New Orleans, Louisiana 70113
Telephone: (504) 599-9997
sjb@bloomlegal.com

**MILBERG, PLLC**
Alexandr Rudenco (*pro hac vice*)
800 S. Gay St., Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
arudenco@milberg.com

*Counsel for Plaintiff and the Settlement Class*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h) and (i), counsel for Plaintiff conferred with counsel for Defendant, Morgan, Lewis & Bockius LLP, regarding the relief requested in this motion on November 12, 2026. Defendant does not oppose the relief requested.

*/s/ Tulio D. Chirinos*
Tulio D. Chirinos

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2026, a true and correct copy of the foregoing document was filed via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

*/s/ Tulio D. Chirinos*
Tulio D. Chirinos