**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

ROY FORDYCE, Individually and as a Representative of a Class of Participants and Beneficiaries of the Caliber Holdings LLC Retirement Savings Plan,

Plaintiff,

v.

WAND NEWCO 3, INC. d/b/a CALIBER COLLISION, and DOES 1-10 INCLUSIVE,

Defendant.

Case No. 4:25-cv-00997-ALM

**DECLARATION OF JEFFREY MITCHELL OF ANALYTICS CONSULTING LLC REGARDING IMPLEMENTATION OF THE NOTICE PROGRAM AND SETTLEMENT ADMINISTRATION**

I, Jeffrey Mitchell, declare as follows:

1. I am a Project Manager at Analytics Consulting LLC ("Analytics"), located at 18675 Lake Drive East, Chanhassen, Minnesota 55317, and my duties include responsibility for the settlement administration in this action. I have personal knowledge of the matters stated here, based on my own involvement and on information provided by Analytics employees working under my supervision, and could testify competently to them.

2. Analytics provides consulting services for the design and administration of class action settlements and notice programs. The settlements Analytics has managed over the past twenty-five years range in size from fewer than 100 class members to more than 40 million, and include numerous ERISA retirement plan settlements. Analytics' clients include corporations, plaintiff and defense law firms, the Department of Justice, the Securities and Exchange Commission, and the Federal Trade Commission.

3. By Order dated September 14, 2026 (ECF No. 39) ("Preliminary Approval Order"), the Court appointed Analytics as Settlement Administrator. Analytics also serves as Escrow Agent under the Settlement Agreement. I submit this declaration to describe the implementation of the notice program and the status of settlement administration.[1]

**A. Qualified Settlement Fund**

4. Analytics established the Qualified Settlement Fund on October 5, 2026, and provided its W-9 and wiring instructions to Defense Counsel on October 5, 2026.

**B. Class Data**

5. Between June 26, 2026 and September 30, 2026, Analytics received from Defense Counsel 4 spreadsheets with participant data compiled by the Plan's recordkeepers, including names, last known mailing addresses, email addresses (where available), and Social Security numbers, amongst other information. After de-duplication, the data identified 113,156 unique Settlement Class Members, of whom 87,502 had email addresses.

6. Before notice was delivered, Analytics updated mailing addresses using the USPS National Change of Address ("NCOA") database.

**C. Settlement Website and Toll-Free Line**

7. On or before October 16, 2026, Analytics published the Long Form Settlement Notice on the Settlement Website, www.Caliber401kSettlement.com, together with the Settlement Agreement and exhibits, the Amended Complaint, and the Preliminary Approval Order. Among other things, the Settlement Website includes (1) a Frequently Asked Questions page summarizing essential case information; (2) a Home page and an Important Dates page identifying the applicable

[1]Capitalized terms not defined here have the meanings given in the Class Action Settlement Agreement (ECF No. 36-2).

deadlines; (3) downloadable case and settlement documents; and (4) email, telephone, and mailing contact information for Analytics and Class Counsel. Analytics will post the motion for final approval and the motion for attorneys' fees, costs, and Case Contribution Award promptly after filing. As of November 9, 2026, the website had 10,098 unique visitors and 19,083 page views. A copy of the Long Form Settlement Notice as published is attached as Exhibit A.

8. On or before October 16, 2026, Analytics established a toll-free telephone number, (888) 714-2152, listed in the Notices, which uses an interactive voice response system and gives callers the option of speaking with a live operator. The number appears in the Notices and on the Settlement Website. As of November 9, 2026, the line had received 447 calls.

**D. Email and Postcard Notice**

9. Between October 24 and October 26, 2026, Analytics sent the Short Form Postcard Settlement Notice by email to 87,502 Class Members with email addresses. Of these, 1,820 emails bounced. A copy of the email notice is attached as **Exhibit B**. Analytics subsequently sent the postcard notice by first-class mail to the 1,820 affected records.

10. On October 26, 2026, Analytics mailed the Short Form Postcard Settlement Notice by first-class mail, postage prepaid, to 25,651 Class Members, consisting of those without an email address. A copy of the postcard notice as mailed is attached as **Exhibit C**.

11. As of November 9, 2026, 51 mailed notices were returned by USPS with a forwarding address; Analytics updated the class list and re-mailed the Notice to each forwarding address. Additionally, 1,056 mailed notices were returned without a forwarding address; Analytics performed skip-tracing on those records, identified 841 new addresses, and re-mailed the Notice to each, as required by Paragraph 8 of the Preliminary Approval Order.

12. To date, of the 113,156 identified Class Members, only 215 (approximately 0.19%) remain undeliverable as of the date of this declaration, despite Analytics' efforts to verify and update address information before and after mailing.

**E. CAFA Notice**

13. On June 30, 2026, Analytics served the CAFA Notice and accompanying materials on the Attorney General of the United States and the Attorneys General of 50 states, Washington DC, and Puerto Rico.

**F. Objections and Inquiries**

14. The Short Form Postcard Settlement Notice sent to Class Members and the Long Form Settlement Notice published on the Settlement Website directed Class Members who wished to object to file their objections with the United States District Clerk, Paul Brown United States Courthouse, 101 East Pecan Street, Room 216, Sherman, Texas 75090, the courthouse where the Fairness Hearing will be held. Apart from that address and the completion of the Settlement Website address, toll-free number, and deadlines, the Notices as sent are in the form approved by the Court. See Exhibits A and C.

15. The deadline to object is December 15, 2026. To date I am not aware of any objections.

**G. Administrative Expenses**

16. Analytics' fees and expenses will be approximately $35,912, consistent with its proposal.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on November 12, 2026, at St. Louis Park, MN.

DocuSigned by:



13EC110C92464EC...

Jeffrey Mitchell
Analytics Consulting LLC

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ROY FORDYCE, Individually and as a Representative of a Class of Participants and Beneficiaries of the Caliber Holdings LLC Retirement Savings Plan,<br><br>Plaintiff<br><br>v.<br><br>WAND NEWCO 3, INC. d/b/a CALIBER COLLISION, and DOES 1-10 INCLUSIVE,<br><br>Defendant. | Case No. 4:25-cv-00997-ALM |

# LONG FORM NOTICE OF CLASS ACTION SETTLEMENT

*A federal court has authorized this Notice. This is not a solicitation from a lawyer.*

**PLEASE READ THIS NOTICE CAREFULLY AS IT MAY AFFECT YOUR RIGHTS**

You are receiving this Notice of Class Action Settlement ("Notice") because the records of the Caliber Holdings LLC Retirement Savings Plan, and each of its predecessor plans or successor plans, individually and collectively (the "Plan"), indicate that you were a participant in the Plan during the period from September 10, 2019, through September 14, 2026 (the "Class Period"). As such, your rights may be affected by a proposed settlement of this class action lawsuit (the "Settlement"). **Please read the following information carefully to find out what the lawsuit is about, what the terms of the proposed Settlement are, what rights you have to object to the proposed Settlement Agreement if you disagree with its terms, and what deadlines apply.**

This Notice contains summary information with respect to the Settlement. The complete terms and conditions of the Settlement are set forth in a Settlement Agreement ("Settlement Agreement"). Capitalized terms used in this Notice, but not defined in this Notice, have the meanings assigned to them in the Settlement Agreement. The Settlement Agreement, and additional information with respect to this lawsuit and the Settlement, is available at an Internet site dedicated to the Settlement, wwww.Caliber401kSettlement.com.

The Court in charge of this case is the United States District Court for the Eastern District of Texas. The person who sued on behalf of himself and the Plan is called the "Plaintiff," and the entity he sued is called "Defendant." The Plaintiff is Roy Fordyce. The Defendant is Wand Newco 3, Inc. d/b/a Caliber Collision ("Caliber"). The Action is known as *Fordyce v. Wand Newco 3, Inc. d/b/a Caliber Collision*, No. 4:25-cv-00997.

| YOUR LEGAL RIGHTS AND OPTIONS UNDER THE SETTLEMENT | |
|---|---|
| **YOU ARE NOT REQUIRED TO FILE A CLAIM IF YOU ARE ENTITLED TO A PAYMENT UNDER THE SETTLEMENT AGREEMENT.** | If the Settlement is approved by the Court and you are a member of the Settlement Class, you will not need to file a claim in order to receive a Settlement payment if you are entitled to receive a payment under the Settlement Agreement. |
| **HOW SETTLEMENT PAYMENTS WILL BE DISTRIBUTED.** | If you currently have a positive account balance in the Plan and are a Settlement Class Member, any share of the Net Settlement Amount to which you are entitled will be deposited into your Plan account. If you are a Former Participant (*i.e.*, no longer a participant in the Plan) and are a Settlement Class Member, such funds shall be paid directly to you by the Settlement Administrator. |
| **YOU MAY OBJECT TO THE SETTLEMENT BY DECEMBER 15, 2026.** | If you wish to object to any part of the Settlement, you may (as discussed below) write to the Court and the attorneys for the Parties about why you object to the Settlement. |
| **YOU MAY ATTEND THE FAIRNESS HEARING TO BE HELD ON JANUARY 14, 2027.** | If you submit a written objection to the Settlement to the Court and counsel before the Court-approved deadline, you may (but do not have to) attend the Fairness Hearing about the Settlement and present your objections to the Court. You may attend the Fairness Hearing even if you do not file a written objection, but you will only be allowed to speak at the Fairness Hearing if you file a written objection by the Court-approved deadline in advance of the Fairness Hearing AND you file a Notice of Intention To Appear, as described in the answer to Question 16 in this Notice. |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.
- The Court still has to decide whether to approve the Settlement. Payments will be made only if the Court approves the Settlement and that approval is upheld in the event of any appeal.

Further information regarding this Action and this Notice may be obtained by contacting the following Class Counsel:

Tulio D. Chirinos
CHIRINOS LAW FIRM PLLC
20283 State Road 7, Suite 592
Boca Raton, FL 33498
Tel: 561.299.6334

Class Counsel has established a toll-free phone number to receive your comments and questions: 1-888-714-2152. You may also send an email to tchirinos@chirinoslawfirm.com. In the subject line please write "Fordyce v. Caliber Settlement." **You should contact Class Counsel with any questions regarding this Settlement. YOU SHOULD NOT CONTACT THE COURT, CALIBER, OR COUNSEL FOR THE DEFENDANT. THEY WILL NOT BE ABLE TO ANSWER YOUR QUESTIONS**.

## WHAT THIS NOTICE CONTAINS

**SUMMARY OF SETTLEMENT**.....3

**BASIC INFORMATION**.....4

1. WHY DID I GET THIS NOTICE PACKAGE?.....4
2. WHAT IS THE ACTION ABOUT?.....4
3. WHY IS THIS CASE A CLASS ACTION?.....5
4. WHY IS THERE A SETTLEMENT?.....5
5. HOW DO I KNOW WHETHER I AM PART OF THE SETTLEMENT?.....5

**THE SETTLEMENT BENEFITS—WHAT YOU GET**.....6

6. WHAT DOES THE SETTLEMENT PROVIDE?.....6
7. HOW MUCH WILL MY PAYMENT BE?.....6
8. HOW MAY I RECEIVE A PAYMENT?.....7
9. WHEN WOULD I GET MY PAYMENT?.....7
10. CAN I GET OUT OF THE SETTLEMENT?.....7

**THE LAWYERS REPRESENTING YOU**.....8

11. DO I HAVE A LAWYER IN THE CASE?.....8
12. HOW WILL THE LAWYERS BE PAID?.....8
13. HOW DO I TELL THE COURT IF I DO NOT LIKE THE SETTLEMENT?.....8

**THE FAIRNESS HEARING**.....8

14. WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?.....9
15. DO I HAVE TO COME TO THE HEARING?.....9
16. MAY I SPEAK AT THE HEARING?.....9

**IF YOU DO NOTHING**.....9

17. WHAT HAPPENS IF I DO NOTHING AT ALL?.....9

**GETTING MORE INFORMATION**.....9

18. ARE THERE MORE DETAILS ABOUT THE SETTLEMENT?.....9

## SUMMARY OF SETTLEMENT

This Action is a class action in which Plaintiff Roy Fordyce alleges that the Defendant breached fiduciary duties owed to the participants in and beneficiaries of the Plan under ERISA by, among other things, using forfeitures to fund matching contributions to participants' accounts instead of paying Plan-related costs for participants. A copy of the Complaint as well as other documents filed in the Action are available at www.Caliber401kSettlement.com or from Class Counsel. Defendant has denied and continues to deny all of the claims and allegations in the Action and denies any liability or wrongful conduct of any kind. Defendant believes the Plan has been administered properly, prudently, and in the best interests of Plan participants.

A Settlement Fund consisting of $750,000 (seven hundred fifty thousand dollars) in cash (the "Gross Settlement Amount") is being established in the Action. The Gross Settlement Amount will be deposited into an escrow account, and the Gross Settlement Amount, together with any interest earned, will constitute the Settlement Fund. Payment of any taxes, approved attorneys' fees and litigation expenses; payment of a Case Contribution Award to the Plaintiff; and the costs of administering the Settlement will be paid out of the Settlement Fund. After the payment of such fees, expenses, and awards, the amount that remains will constitute the Net Settlement Amount. The Net Settlement Amount will be allocated to Settlement Class members according to a Plan of Allocation to be approved by the Court.

### STATEMENT OF POTENTIAL OUTCOME OF THE ACTION

Defendant strongly disputes each of the claims asserted in the Action and denies that it ever engaged in any wrongdoing, violated the law, or breached any duty owed to Plan participants. Further, Plaintiff would face an uncertain outcome if the Action were to continue. After Defendant filed a motion to dismiss the Complaint for failure to state a claim, the parties fully briefed that motion, and the parties attended a mediation conducted by a federal judge, at which time the Settlement was reached. If the Settlement had not been reached, Defendant would present evidence that it reasonably and prudently managed the Plan's forfeitures and fulfilled all of its fiduciary obligations. As a result, continued litigation could result in a judgment in favor of Defendant and against Plaintiff and Settlement Class. Even if Plaintiff and Settlement Class prevailed, they might recover a judgment less than the benefits obtained as part of the Settlement, or no recovery at all.

Plaintiff and Defendant disagree on liability and do not agree on the amount that would be recoverable even if Plaintiff were to prevail at trial. Defendant denies all claims and contentions by Plaintiff. Defendant denies that it is liable to the Settlement Class and denies that the Settlement Class or the Plan has suffered any damages for which Defendant could be held legally responsible. Having considered the uncertainty, costs and risks inherent in any litigation, particularly in a complex case such as this, Plaintiff and Defendant have concluded that it is desirable that the Action be fully and finally settled on the terms and conditions set forth in the Settlement Agreement.

### STATEMENT OF ATTORNEYS' FEES AND EXPENSES SOUGHT IN THE ACTION

Class Counsel will apply to the Court for an order awarding attorneys' fees not in excess of 33 1/3% of the Gross Settlement Amount, plus reimbursement of expenses. Any amount approved by the Court will be paid from the Settlement Fund.

### WHAT WILL THE CLASS REPRESENTATIVE GET?

The Class Representative will share in the allocation of the Net Settlement Amount on the same basis as all other members of the Settlement Class. In addition, the Class Representative will ask the Court to award up to $5,000 as a Case Contribution Award for his participation in the Action and representation of the Settlement Class. Any such awards will be paid solely from the Settlement Fund.

## BASIC INFORMATION

### 1. WHY DID I GET THIS NOTICE PACKAGE?

You or someone in your family may have been a participant in or a beneficiary of the Plan during **the period from September 10, 2019 to September 14, 2026.**

The Court directed that this Notice be sent to you because, if you fall within the definition of the Settlement Class, you have a right to know about the Settlement and the options available to you regarding the Settlement before the Court decides whether to approve the Settlement. If the Court approves the Settlement, and after any objections and appeals are resolved, the Net Settlement Amount will be distributed to the Settlement Class members according to a Court-approved Plan of Allocation described below. This Notice describes the Action, the Settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

### 2. WHAT IS THE ACTION ABOUT?

This Action concerns "forfeitures." Under the Plan, Caliber makes matching contributions to participants' individual Plan accounts. Participants must work for at least three years to "vest" in their employer contributions (they are always 100% vested in their own contributions). Those who leave sooner "forfeit" any unvested amounts as set forth in the Plan. Here, Plaintiff claims that ERISA required Defendant to use forfeitures to pay the Plan's administrative expenses, and that Defendant instead improperly used forfeitures to fund matching contributions to participants' accounts. Based on this alleged conduct regarding the allocation of Plan forfeitures, Plaintiff alleges that Defendant violated its fiduciary duties of prudence and loyalty under ERISA, violated ERISA's anti-inurement clause, and engaged in transactions prohibited by ERISA.

**THE DEFENSES IN THE ACTION**

Defendant denies each of the claims and allegations made in the Action and denies that it ever engaged in any wrongful conduct. If the Action were to continue, Defendant would raise numerous defenses to liability, including:

- Plaintiff s claims fail on the merits. The conduct that Plaintiff challenges complies with over sixty years of legal guidance that permits the use of forfeitures to offset employer contributions
- Plaintiff s prohibited transaction claims also fail under ERISA because the Complaint concedes that the forfeitures remained within the Plan and were allocated to participant accounts, which is not a "transaction" prohibited by ERISA.
- Plaintiff s anti-inurement claim further fails under ERISA because the Complaint concedes that the Plan used forfeitures to provide benefits to participants, exactly as ERIS requires.

**THE ACTION HAS BEEN AGGRESSIVELY LITIGATED**

Class Counsel has extensively investigated the allegations in the Action. Among other efforts, Class Counsel reviewed Plan-governing documents and materials, communications with Plan participants, U.S. Department of Labor filings, news articles and other publications, and other documents regarding the general and specific matters that were alleged in the Complaint filed on September 10, 2025. The Parties fully briefed Defendant's motion to dismiss the Complaint for failure to state a claim. After fully briefing that motion, the Parties filed notices of supplementary authority wherein they submitted for the Court's review recently decided cases the Parties felt supported their respective positions. In addition, the Parties engaged in Court ordered mediation, prepared mediation statements setting forth their respective positions in this case, and participated in the mediation before United States Magistrate Judge Zack Hawthorn. Before the Court ruled on the pending motion to dismiss, the Parties reached the Settlement shortly after the mediation held on May 14, 2026.

## 3. WHY IS THIS CASE A CLASS ACTION?

In a class action, one or more plaintiffs, called "class representatives" or "named plaintiffs," sue on behalf of people who have similar claims. All of these people who have similar claims collectively make up the "class" and are referred to individually as "class members." One case resolves the issues for all class members together. Because the conduct alleged in this Action is claimed to have affected a large group of people – participants in the Plan during the Class Period – in a similar way, the Class Representative filed this case as a class action.

## 4. WHY IS THERE A SETTLEMENT?

As in any litigation, all parties face an uncertain outcome. On the one hand, continuation of the case against Defendant could result in a judgment greater than this Settlement. On the other hand, continuing the case could result in Plaintiff obtaining no recovery at all or obtaining a recovery that is less than the amount of the Settlement. Based on these factors, Plaintiff and Class Counsel have concluded that the proposed Settlement is in the best interests of all Settlement Class members.

## 5. HOW DO I KNOW WHETHER I AM PART OF THE SETTLEMENT?

You are a member of the Settlement Class if you fall within the definition of the Settlement Class preliminarily approved by **Judge Amos L. Mazzant**:

> All persons who participated in the Plan at any time during the Class Period, including any Beneficiary of a deceased Person who participated in the Plan at any time during the Class Period, and any Alternate Payee of a Person subject to a Qualified Domestic Relations Order ("QDRO") who participated in the Plan at any time during the Class Period.

The "Class Period" referred to in this definition is from September 10, 2019 to September 14, 2026. If you are a member of the Settlement Class, the amount of money you will receive, if any, will depend upon the Plan of Allocation, described below.

## THE SETTLEMENT BENEFITS—WHAT YOU MAY GET

### 6. WHAT DOES THE SETTLEMENT PROVIDE?

Provided that the Settlement becomes Final, a Settlement Fund consisting of Seven Hundred Fifty Thousand Dollars and Zero Cents ($750,000.00) will be established in the Action. The amount of money that will be allocated among members of the Settlement Class, after the payment of any taxes and Court-approved costs, fees, and expenses, including attorneys' fees and expenses of Class Counsel, any Court-approved Case Contribution Award to be paid to the Class Representative, and payment of expenses incurred in calculating the Settlement payments and administering the Settlement, is called the Net Settlement Amount. The Net Settlement Amount will not be known until these other amounts are quantified and deducted. The Net Settlement Amount will be allocated to members of the Settlement Class according to a Plan of Allocation to be approved by the Court. The Plan of Allocation describes how Settlement payments will be distributed to Settlement Class members who receive a payment.

If the Settlement is approved by the Court, all Settlement Class Members and anyone claiming through them shall be deemed to fully release the Released Parties from Released Claims.

The Released Parties are (a) Defendant; (b) Defendant's insurers, co-insurers, and reinsurers; (c) Defendant's direct and indirect past, present, and future affiliates parents, subsidiaries, divisions, joint ventures, predecessors, successors, successors-in-interest, assigns, boards of trustees, boards of directors, officers trustees, directors, partners, principals, agents, managers, members, employees or heirs (including any individuals who serve or served in any of the foregoing capacities, such as members of the boards of trustees or boards of directors that are associated with any of Defendant's past, present, and future affiliates) and each Person that controls, is controlled by, or is under common control with them; (d) the Plan and the Plan's current and past fiduciaries, administrators, plan administrators, recordkeepers, service providers, consultants, attorneys, agents, insurers and parties-in-interest; and (e) Defendant's independent contractors, representatives, attorneys, administrators, insurers, fiduciaries, accountants, auditors, advisors, consultants, personal representatives, spouses, heirs, executors, administrators, associates, employee benefit plan fiduciaries (with the exception of the Independent Fiduciary), employee benefit plan administrators, service providers to the Plan (including their owners and employees), members of their immediate families, consultants, subcontractors, and all persons acting under, by, through or in concert with any of them.

The above description of the proposed Settlement is only a summary. The complete terms, including the definitions of the Released Parties and Released Claims, are set forth in the Settlement Agreement (including its exhibits), which may be obtained at a dedicated Settlement Internet site, www.Caliber401kSettlement.com or by contacting Class Counsel listed on Page 2 above.

### 7. HOW MUCH WILL MY PAYMENT BE?

Each Settlement Class member's share will be calculated according to a Court-approved Plan of Allocation by a third-party vendor ("Settlement Administrator") selected by Class Counsel. You are not required to calculate the amount you may be entitled to receive under the Settlement as the Settlement Administrator will do so under the Plan of Allocation. In general, your proportionate share of the Settlement will be calculated as follows:

Calculate the sum of the Expenses deducted from each Class Member's Plan account for each year of the Class Period based on the data described above. This amount shall be that Class Member's "Expense Balance."

- Sum the Expense Balances of all Class Members.
- Allocate to each Class Member a share of the Net Settlement Amount in proportion to that Class Member's Expense Balance as compared to the sum of the Expense Balances of all Class Members,
- The amount resulting from this initial calculation shall be known as the Class Member's "Preliminary Entitlement Amount." Any Class Member that is a Former Participant whose Preliminary Entitlement Amount is less than $10.00 (the "Former Participant De Minimis Amount") shall not receive any payment from the Net Settlement Amount. Any Class Member that is an Active Participant whose Preliminary Entitlement Amount is less than $1 (the "Current

Participant De Minimis Amount") shall not receive any payment from the Net Settlement Amount. The Settlement Administrator shall reallocate the entire Net Settlement Amount pro rata, in proportion to Expense Balances, among the Class Members whose Preliminary Entitlement Amounts equal or exceed the Former Participant or Active Participant De Minimis Amount.

**You will not be required to produce records that show your Plan activity**. If you are entitled to a share of the Settlement Fund, your share of the Settlement will be determined based on the Plan's records for your account. If you have questions regarding the allocation of the Net Settlement Amount, please contact Class Counsel listed on Page 2 above.

## 8. HOW MAY I RECEIVE A PAYMENT?

You do not need to file a claim. The Entitlement Amount for Settlement Class members with an Active Account (an account with a positive balance) as of the calculation of the Final Entitlement Amount (unless that Plan account is closed the intervening period between the calculation of the Final Entitlement Amount and the payment of the Final Entitlement Amount, in which case that Class Member will receive their allocation via a check) will be paid into the Plan. Former Participants will be paid by check directly by the Settlement Administrator.

All such payments are intended by the Settlement Class to be "restorative payments" in accordance with Internal Revenue Service Revenue Ruling 2002-45. Checks issued to Former Participants pursuant to this paragraph shall be valid for 180 days from the date of issue. If you are a former Plan participant and have not provided the Plan with your current address, please contact Class Counsel listed on Page 2 above.

Each Class Member who receives a payment under this Settlement Agreement shall be fully and ultimately responsible for payment of any and all federal, state, or local taxes resulting from or attributable to the payment received by such person.

## 9. WHEN WOULD I GET MY PAYMENT?

The Settlement cannot be completed unless and until several events occur. These events include final approval of the Settlement by the Court, approval of the Settlement by an independent fiduciary to the Plan, transfer of the Net Settlement Amount to the Plan, and calculation of the amount of the Settlement owed to each Settlement Class member. If objections are made to the Settlement or appeals are taken by objectors who oppose the approval of the Settlement, this process may take a long time to complete, possibly several years.

**There will be no payments if the Settlement Agreement is terminated.**

The Settlement Agreement may be terminated for several reasons, including if (1) the Court does not approve or materially modifies the Settlement Agreement, or (2) the Court approves the Settlement Agreement but the approval is reversed or materially modified by an appellate court. If the Settlement Agreement is terminated, the Action will proceed again as if the Settlement Agreement had not been entered into. The Settlement is not conditioned upon the Court's approval of attorneys' fees or the reimbursement of expenses/costs sought by Class Counsel, the Case Contribution Award sought by the Named Plaintiff, or any appeals solely related thereto

## 10. CAN I GET OUT OF THE SETTLEMENT?

**You do not have the right to exclude yourself from the Settlement**. The Settlement Agreement provides for certification of the Settlement Class as a non-opt-out class action under Federal Rule of Civil Procedure 23(b)(1), and the Court has preliminarily determined that the requirements of that rule have been satisfied. Thus, it is not possible for any Settlement Class members to exclude themselves from the Settlement. As a Settlement Class member, you will be bound by any judgments or orders that are entered in the Action for all claims that were or could have been asserted in the Action or are otherwise released under the Settlement.

Although you cannot opt out of the Settlement, you can object to the Settlement and ask the Court not to approve it. For more information on how to object to the Settlement, see the answer to Question 13 below.

## THE LAWYERS REPRESENTING YOU

### 11. DO I HAVE A LAWYER IN THE CASE?

The Court has preliminarily appointed the law firm of Chirinos Law Firm PLLC, Milberg PLLC, Bloom Legal, and Kendall Law Group LLC as Class Counsel for the Named Plaintiff in the Action. You will not be charged directly by these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

### 12. HOW WILL THE LAWYERS BE PAID?

Class Counsel will file a motion for the award of attorneys' fees of not more than 33 1/3 % of the Settlement Amount, plus reimbursement of expenses incurred in connection with the prosecution of the Action. This motion will be considered at the Fairness Hearing described below.

## OBJECTING TO THE ATTORNEYS' FEES

By following the procedures described in the answer to Question 13, you can tell the Court that you do not agree with the fees and expenses the attorneys intend to seek and ask the Court to deny their motion or limit the amount they are paid.

### 13. HOW DO I TELL THE COURT IF I DO NOT LIKE THE SETTLEMENT?

If you are a Settlement Class Member, you can object to the Settlement if you do not like any part of it. You can give reasons why you think the Court should not approve it. To object, you must send a letter or other writing saying that you object to the Settlement in *Fordyce v. Wand Newco 3, Inc. d/b/a Caliber Collision*, No. 4:25-cv-00997-ALM. Be sure to include your name, address, telephone number, signature, and a full explanation of all the reasons why you object to the Settlement. **You must file your objection with the Clerk of the Court of the United States District Court for the Eastern District of Texas so that it is received no later than December 15, 2026.** The address is:

United States District Clerk
Paul Brown United States Courthouse
101 East Pecan Street Room 216
Sherman, TX 75090

The objection must refer prominently to this case name: *Fordyce v. Wand Newco 3, Inc. d/b/a Caliber Collision*, No. 4:25-cv-00997-ALM.

A copy of your objection must also be provided to Class Counsel and Defense Counsel by email (writing "Fordyce v. Caliber Settlement" in the subject line) or by mailing the objection to the following respective addresses for Class and Defense Counsel:

| Class Counsel | Defense Counsel |
|---|---|
| Tulio D. Chirinos<br>CHIRINOS LAW FIRM PLLC<br>20283 State Road 7, Suite 592<br>Boca Raton, FL 33498<br>tchirinos@chirinoslawfirm.co | Jeremy P. Blumenfeld<br>Morgan, Lewis & Bockius LLP<br>2222 Market Street<br>Philadelphia, PA 19103<br>jeremy.blumenfeld@morganlewis.com |

## THE FAIRNESS HEARING

The Court will hold a Fairness Hearing to decide whether to approve the Settlement as fair, reasonable, and adequate. You may participate in the Fairness Hearing, **which may be held telephonically or by video conference,** and you may ask to speak if you have timely asserted an objection, but you do not have to participate in the Fairness Hearing to have your objection considered. **It is your obligation to ensure that your written objection is received by the Court by no later than December 15, 2026.**

## 14. WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?

The Fairness Hearing currently is scheduled for 10:00 a.m. on January 14, 2027, at the United States District Court for the Eastern District of Texas, or such other courtroom as the Court may designate. **The Court may adjourn the Fairness Hearing without further notice to the Settlement Class and also may schedule the hearing to be done by telephone or video conference. If you wish to attend, you should confirm the date and time of the Fairness Hearing with Class Counsel before doing so.** At that hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. The Court will also rule on the motions for attorneys' fees and reimbursement of expenses and for Case Contribution Award for the Class Representative. The Parties do not know how long these decisions will take or whether appeals will be filed

## 15. DO I HAVE TO COME TO THE HEARING?

No, but you are welcome to come at your own expense. If you file an objection, you do not have to come to Court to talk about it. As long as you mailed your written objection on time, it will be before the Court when the Court considers whether to approve the Settlement. You also may pay your own lawyer to attend the Fairness Hearing, but such attendance is also not necessary.

## 16. MAY I SPEAK AT THE HEARING?

If you submit a written objection to the Settlement to the Court and counsel before the Court-approved deadline, you may (but do not have to) attend the Fairness Hearing and present your objections to the Court. You may attend the Fairness Hearing even if you do not file a written objection, but you will only be allowed to speak at the Fairness Hearing if you file a written objection in advance of the Fairness Hearing AND you file a Notice of Intention To Appear, as described in this paragraph. To do so, you must file with the Court a letter or other paper called a "Notice of Intention To Appear at Fairness Hearing in *Fordyce v. Wand Newco 3, Inc. d/b/a Caliber Collision*, No. 4:25-cv-00997-ALM." Be sure to include your name, address, telephone number, and your signature. Your Notice of Intention To Appear must be received by the attorneys listed in the answer to Question 13 above, no later than December 15, 2026, and must be filed with the Clerk of the Court at the address listed in the answer to Question 13.

## IF YOU DO NOTHING

## 17. WHAT HAPPENS IF I DO NOTHING AT ALL?

If you do nothing and you are a Settlement Class member, you will participate in the Settlement of the Action if approved by the Court as described above in this Notice.

## GETTING MORE INFORMATION

## 18. ARE THERE MORE DETAILS ABOUT THE SETTLEMENT?

Yes. This Notice summarizes the proposed Settlement. The complete terms are set forth in the Settlement Agreement. You may obtain a copy of the Settlement Agreement by making a written request to Class Counsel listed on Page 2 above. Copies may also be obtained at a dedicated Settlement website, www.Caliber401kSettlement.com, by calling the toll-free number, 1-888-714-2152, or by sending an email to Caliber401kSettlement@noticeadministrator.com. In the subject line please write "Fordyce v. Caliber Settlement." You are encouraged to read the complete Settlement Agreement.

**DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, CALIBER, OR COUNSEL FOR CALIBER REGARDING THIS NOTICE. THEY WILL NOT BE ABLE TO ANSWER YOUR QUESTIONS. INSTEAD CONTACT CLASS COUNSEL, THE SETTLEMENT ADMINISTRATOR TOLL-FREE AT 1-888-714-2152, OR VISIT THE WEBSITE AT WWW.CALIBER401KSETTLEMENT.COM.**

# EXHIBIT B

*This Notice may affect your legal rights. Please read carefully.*

Important Legal Notice Authorized by the United States District Court for the Eastern District of Texas

**If you were a participant or beneficiary of the Caliber Holdings LLC Retirement Savings Plan between September 10, 2019 and September 14, 2026, your rights may be impacted by a proposed settlement of a class action lawsuit.**

THIS EMAIL PROVIDES ONLY LIMITED INFORMATION ABOUT THE CLASS ACTION.

***Please visit https://Caliber401kSettlement.com, email tchirinos@chirinoslawfirm.com (writing "Fordyce v. Caliber Settlement" in the subject line), or call 888-714-2152 for more information.*** A federal court has authorized this notice. This is not a solicitation from a lawyer. You are receiving this Notice of Class Action Settlement ("Notice") because the records of the Caliber Holdings LLC Retirement Savings Plan, and each of its predecessor plans or successor plans, individually and collectively (the "Plan"), indicate that you were a participant in the Plan during the period of September 10, 2019 through September 14, 2026 (the "Class Period"). This Notice advises you of basic information about your options. A long-form notice with additional details about the settlement is available at https://Caliber401kSettlement.com.

| **YOUR LEGAL RIGHTS AND OPTIONS UNDER THE SETTLEMENT** | |
|---|---|
| **YOU ARE NOT REQUIRED TO FILE A CLAIM IF YOU ARE** | If the Settlement is approved by the Court and you are a member of the Settlement Class, you |

| | |
|---|---|
| **ENTITLED TO A PAYMENT UNDER THE SETTLEMENT AGREEMENT.** | will not need to file a claim in order to receive a Settlement payment if you are entitled to receive a payment under the Settlement Agreement. |
| **HOW SETTLEMENT PAYMENTS WILL BE DISTRIBUTED.** | If you currently have a positive account balance in the Plan and are a Settlement Class member, any share of the Net Settlement Amount to which you are entitled will be deposited into your Plan account. If you are a Former Participant (*i.e.*, no longer a participant in the Plan) and are a Settlement Class member, such funds shall be paid directly to you by the Settlement Administrator. Not all Settlement Class members will receive a payment, and it may take several months or longer for the payments to be made. |
| **YOU MAY OBJECT TO THE SETTLEMENT BY DECEMBER 15, 2026.** | If you wish to object to any part of the Settlement, you may write to the Court and the attorneys for the Parties about why you object to the Settlement. Address your objection to: United States District Clerk, Paul Brown United States Courthouse, 101 East Pecan Street Room 216, Sherman, TX 75090. You should also email a copy of your objection to Class Counsel and Defense Counsel at tchirinos@chirinoslawfirm.com and jeremy.blumenfeld@morganlewis.com (writing “Fordyce v. Caliber Settlement” in the subject line). |

| | |
|---|---|
| **YOU MAY ATTEND THE FAIRNESS HEARING TO BE HELD ON JANUARY 14, 2027.** | If you submit a written objection to the Settlement to the Court and counsel before the Court-approved deadline, you may (but do not have to) attend the Fairness Hearing about the Settlement and present your objections to the Court. You may attend the Fairness Hearing even if you do not file a written objection, but you will only be allowed to speak at the Fairness Hearing if you file a written objection by the Court-approved deadline in advance of the Fairness Hearing AND you file a Notice of Intention To Appear, as described in the answer to Question 16 in the long-form Notice. |

**Do not contact the Court or Defendants. All questions should be directed to the Caliber 401(k) Settlement Administrator or Class Counsel, or visit the website https://caliber401ksettlement.com.**

# EXHIBIT C

***THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE CLASS ACTION.***

***Please visit www.Caliber401kSettlement.com, email tchirinos@chirinoslawfirm.com (*****writing "Fordyce v. Caliber Settlement" in the subject line*****), or call (888) 714-2152 for more information.*** A federal court has authorized this notice. This is not a solicitation from a lawyer. You are receiving this Notice of Class Action Settlement ("Notice") because the records of the Caliber Holdings LLC Retirement Savings Plan, and each of its predecessor plans or successor plans, individually and collectively (the "Plan"), indicate that you were a participant in the Plan during the period of September 10, 2019 through September 14, 2026 (the "Class Period"). This Notice advises you of basic information about your options. A long-form notice with additional details about the settlement is available at www.Caliber401kSettlement.com.

| **YOUR LEGAL RIGHTS AND OPTIONS UNDER THE SETTLEMENT** | |
|---|---|
| **YOU ARE NOT REQUIRED TO FILE A CLAIM IF YOU ARE ENTITLED TO A PAYMENT UNDER THE SETTLEMENT AGREEMENT.** | If the Settlement is approved by the Court and you are a member of the Settlement Class, you will not need to file a claim in order to receive a Settlement payment if you are entitled to receive a payment under the Settlement Agreement. |
| **HOW SETTLEMENT PAYMENTS WILL BE DISTRIBUTED.** | If you currently have a positive account balance in the Plan and are a Settlement Class member, any share of the Net Settlement Amount to which you are entitled will be deposited into your Plan account. If you are a Former Participant (*i.e.*, no longer a participant in the Plan) and are a Settlement Class member, such funds shall be paid directly to you by the Settlement Administrator. Not all Settlement Class members will receive a payment, and it may take several months or longer for the payments to be made. |
| **YOU MAY OBJECT TO THE SETTLEMENT BY DECEMBER 15, 2026.** | If you wish to object to any part of the Settlement, you may write to the Court and the attorneys for the Parties about why you object to the Settlement. Address your objection to: United States District Clerk, Paul Brown United States Courthouse, 101 East Pecan Street Room 216, Sherman, TX 75090. You should also email a copy of your objection to Class Counsel and Defense Counsel at tchirinos@chirinoslawfirm.co and jeremy.blumenfeld@morganlewis.com (writing "Fordyce v. Caliber Settlement" in the subject line). |
| **YOU MAY ATTEND THE FAIRNESS HEARING TO BE HELD ON JANUARY 14, 2027.** | If you submit a written objection to the Settlement to the Court and counsel before the Court-approved deadline, you may (but do not have to) attend the Fairness Hearing about the Settlement and present your objections to the Court. You may attend the Fairness Hearing even if you do not file a written objection, but you will only be allowed to speak at the Fairness Hearing if you file a written objection by the Court-approved deadline in advance of the Fairness Hearing AND you file a Notice of Intention To Appear, as described in the answer to Question 16 in the long-form Notice. |

**Do not contact the Court or Defendants. All questions should be directed to the Caliber 401(k) Settlement Administrator or Class Counsel, or visit the website listed herein.**

*Fordyce v. Wand Newco 3, Inc. d/b/a Caliber Collision*
c/o Caliber 401(k) Settlement Administrator
P.O. Box 2009
Chanhassen, MN 55317-2009

***COURT-ORDERED LEGAL NOTICE***

*This Notice may affect your legal rights. Please read carefully.*

Important Legal Notice Authorized by the United States District Court for the Eastern District of Texas

**If you were a participant or beneficiary of the Caliber Holdings LLC Retirement Savings Plan between September 10, 2019 and September 14, 2026, your rights may be impacted by a proposed settlement of a class action lawsuit.**

{Barcode} - Claim Number: {ClaimNo}
*{ScannableBarcode}*
{Name1}
{Name2}
{Name3}
{Name4}
{Address1}
{Address2}
{City}, {State} {Zip}
{Country}