**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

ROY FORDYCE, Individually and as a Representative of a Class of Participants and Beneficiaries of the Caliber Holdings LLC Retirement Savings Plan,

Plaintiff,

v.

WAND NEWCO 3, INC. d/b/a CALIBER COLLISION, and DOES 1-10 INCLUSIVE,

Defendant.

Case No. 4:25-cv-00997-ALM

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION**
**FOR LEAVE TO EXCEED PAGE LIMITS**

Pending before the Court is Plaintiff's Unopposed Motion for Leave to Exceed Page Limits (Dkt. #40). Having considered the motion, the Court finds that it should be **GRANTED**. Plaintiff may file Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation and Incorporated Memorandum of Law of no more than 30 pages, and Plaintiff's Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Costs, and Case Contribution Award and Incorporated Memorandum of Law of no more than 20 pages, each excluding attachments.

**IT IS SO ORDERED.**

**SIGNED this 16th day of November, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE